GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*KRAVITZ, SCHNITZER & JOHNSON, CHTD.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONISHA ANDERSON, | Case No.: 2:17-cv-01965-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| FMMR INVESTMENTS INC. d/b/a RAPID CASH; AND KRAVITZ, SCHNITZER & JOHNSON, CHTD., | **(FIRST REQUEST)** |
| Defendants. | |

**COMES NOW**, Defendant, KRAVITZ, SCHNITZER & JOHNSON, CHTD., ("DEFENDANT" or "KRAVITZ, SCHNITZER & JOHNSON") by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, TONISHA ANDERSON, by and through her attorney of record, MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed her Complaint on July 19, 2017;

WHEREAS, Defendant's current deadline to file its Response to the Complaint is approximately August 25, 2017;

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1

2　　　　　WHEREAS, Defendant is in the process of obtaining proper documents in order to address

3　specific allegations made in Plaintiff's Complaint;

4　　　　　WHEREAS, Defendant seeks up to and including September 18, 2017 to file its Response

5　and Plaintiff has no opposition to this extension;

6　　　　　WHEREAS, this is the first request by the Parties seeking such extension;

7

8　　　　　THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY

9　STIPULATED AND AGREED by and between the Parties as follows:

10　　　　(1) The current approximate deadline of August 25, 2017 for Defendant KRAVITZ,

11　　　　　　SCHNITZER & JOHNSON to file its Response to Plaintiff's Complaint is hereby

12　　　　　　vacated;

13　///

14　///

15　///

16　///

17　///

18　///

19　///

20　///

21　///

22　///

23　///

24　///

25　///

26　///

27　///

28

(2) Defendant KRAVITZ, SCHNITZER & JOHNSON shall have up to and including September 18, 2017 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 16th day of August, 2017.

| | |
|---|---|
| /s/ Michael Kind, Esq. | /s/ Gary E. Schnitzer, Esq. |
| Michael Kind, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 13903 | Nevada Bar No. 395 |
| Kazerouni Law Group, APC | Kravitz, Schnitzer & Johnson, Chtd. |
| 6069 South Fort Apache Road, Suite 100 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *TONISHA ANDERSON* | *KRAVITZ, SCHNITZER & JOHNSON, CHTD.* |

**IT IS ORDERED.**

DATED this __17th__ day of August, 2017.

_____
United States Magistrate Judge