GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*FMMR INVESTMENTS INC. d/b/a RAPID CASH*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONISHA ANDERSON,<br><br>                  Plaintiff,<br><br>vs.<br><br>FMMR INVESTMENTS INC. d/b/a<br>RAPID CASH; AND KRAVITZ, SCHNITZER<br>& JOHNSON, CHTD.,<br><br>                  Defendants. | Case No.:  2:17-cv-01965-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO ANSWER OR<br>OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

       **COMES NOW**, Defendant, FMMR INVESTMENTS INC. d/b/a RAPID CASH,

("DEFENDANT" or "RAPID CASH") by and through its attorney of record, GARY E.

SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the

Plaintiff, TONISHA ANDERSON, by and through her attorney of record, MICHAEL KIND,

ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation

to Extend Time To File An Answer or Otherwise Plead.

       WHEREAS, Plaintiff filed her Complaint on July 19, 2017;

       WHEREAS, Defendant's current deadline to file its Response to the Complaint is

approximately September 1, 2017;

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including September 18, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of September 1, 2017 for Defendant RAPID CASH to file its Response to Plaintiff's Complaint is hereby vacated;

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2      (2) Defendant RAPID CASH shall have up to and including September 18, 2017 to file an

3         Answer or Otherwise Plead to Plaintiff's Complaint.

4      **IT IS SO STIPULATED.**

5      DATED this 16th day of August, 2017.

6

7

8      */s/ Michael Kind, Esq.*                */s/ Gary E. Schnitzer, Esq.*

     Michael Kind, Esq.                    Gary E. Schnitzer, Esq.

9      Nevada Bar No. 13903                Nevada Bar No. 395

     Kazerouni Law Group, APC          Kravitz, Schnitzer & Johnson, Chtd.

10     6069 South Fort Apache Road, Suite 100    8985 S. Eastern Ave., Ste. 200

11     Las Vegas, NV 89148              Las Vegas, NV 89123

     *Attorney for Plaintiff*               *Attorney for Defendant*

12     *TONISHA ANDERSON*            *FMMR INVESTMENTS INC. d/b/a*

                                          *RAPID CASH*

13

14

15

16     **IT IS ORDERED.**

17

18     DATED this <u>17th</u> day of August, 2017.

19

20                                  _____

21                              United States Magistrate Judge

22

23

24

25

26

27

28