GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*KRAVITZ, SCHNITZER & JOHNSON, CHTD.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONISHA ANDERSON,<br><br>                  Plaintiff,<br><br>vs.<br><br>FMMR INVESTMENTS INC. d/b/a RAPID CASH; AND KRAVITZ, SCHNITZER & JOHNSON, CHTD.,<br><br>                  Defendants. | Case No.: 2:17-cv-01965-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(SECOND REQUEST)** |

**COMES NOW**, Defendant, KRAVITZ, SCHNITZER & JOHNSON, CHTD., ("DEFENDANT" or "KRAVITZ, SCHNITZER & JOHNSON") by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, TONISHA ANDERSON, by and through her attorney of record, MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed her Complaint on July 19, 2017;

WHEREAS, Defendant's initial deadline to file its Response to the Complaint was approximately August 25, 2017;

//

1

WHEREAS, Defendant received an Extension up to and including September 18, 2017 to file its Response;

WHEREAS, the Parties are continuing to work on a settlement so this matter can be resolved outside of Court;

WHEREAS, the Parties seek up to and including October 16, 2017 for Defendant to file its Response. Plaintiff has no opposition to this extension;

WHEREAS, this is the second request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of September 18, 2017 for Defendant KRAVITZ, SCHNITZER & JOHNSON to file its Response to Plaintiff's Complaint is hereby vacated;

///
///
///
///
///
///
///
///
///
///
///

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

(2) Defendant KRAVITZ, SCHNITZER & JOHNSON shall have up to and including October 16, 2017 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this ___ day of September, 2017.

| | |
|---|---|
| */s/ Michael Kind, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| Michael Kind, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 13903 | Nevada Bar No. 395 |
| Kazerouni Law Group, APC | Kravitz, Schnitzer & Johnson, Chtd. |
| 6069 South Fort Apache Road, Suite 100 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *TONISHA ANDERSON* | *KRAVITZ, SCHNITZER & JOHNSON, CHTD.* |

**IT IS ORDERED.**

Dated: September 18, 2017

_____
United States Magistrate Judge

3