GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*FMMR INVESTMENTS INC. d/b/a RAPID CASH*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONISHA ANDERSON, | Case No.: 2:17-cv-01965-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| FMMR INVESTMENTS INC. d/b/a RAPID CASH; AND KRAVITZ, SCHNITZER & JOHNSON, CHTD., | **(SECOND REQUEST)** |
| Defendants. | |

**COMES NOW**, Defendant, FMMR INVESTMENTS INC. d/b/a RAPID CASH, ("DEFENDANT" or "RAPID CASH") by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, TONISHA ANDERSON, by and through her attorney of record, MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed her Complaint on July 19, 2017;

WHEREAS, Defendant's initial deadline to file its Response to the Complaint was approximately August 25, 2017;

//

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

WHEREAS, Defendant received an Extension up to and including September 18, 2017 to file its Response;

WHEREAS, the Parties are continuing to work on a settlement so this matter can be resolved outside of Court;

WHEREAS, the Parties seek up to and including October 16, 2017 for Defendant to file its Response. Plaintiff has no opposition to this extension;

WHEREAS, this is the second request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of September 18, 2017 for Defendant RAPID CASH to file its Response to Plaintiff's Complaint is hereby vacated;

///

///

///

///

///

///

///

///

///

///

///

//

1

2     (2) Defendant RAPID CASH shall have up to and including October 16, 2017 to file an

3        Answer or Otherwise Plead to Plaintiff's Complaint.

4     **IT IS SO STIPULATED.**

5     DATED this ___ day of September, 2017.

6

7

8     */s/ Michael Kind, Esq.*                    */s/ Gary E. Schnitzer, Esq.*
      Michael Kind, Esq.                          Gary E. Schnitzer, Esq.
9     Nevada Bar No. 13903                        Nevada Bar No. 395
      Kazerouni Law Group, APC                    Kravitz, Schnitzer & Johnson, Chtd.
10    6069 South Fort Apache Road, Suite 100      8985 S. Eastern Ave., Ste. 200
      Las Vegas, NV  89148                        Las Vegas, NV  89123
11    *Attorney for Plaintiff*                     *Attorney for Defendant*
12    *TONISHA ANDERSON*                           *FMMR INVESTMENTS INC. d/b/a*
                                                   *RAPID CASH*
13

14

15

16    **IT IS ORDERED.**

17    Dated: September 18, 2017

18

19

20    _____
      United States Magistrate Judge
21

22

23

24

25

26

27

28

3