1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 South Fort Apache Road, Suite 100
   Las Vegas, Nevada 89148
4  Phone: (800) 400-6808 x7
5  mkind@kazlg.com
   *Attorneys for Plaintiff Tonisha Anderson*
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tonisha Anderson, | Case No.: 2:17-cv-01965-RFB-NJK |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| v. | |
| FMMR Investments Inc., d/b/a Rapid Cash; and Kravitz, Schnitzer & Johnson, Chtd., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tonisha Anderson ("Plaintiff") and Defendants FMMR Investments Inc., d/b/a Rapid Cash; and Kravitz, Schnitzer & Johnson, Chtd. stipulate to dismiss this case with prejudice.

///

///

///

///

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 2nd day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

By: /s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: October 4, 2017.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 2, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148